UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY HAYMON, on his own behalf and
others similarly situated,

    Plaintiff,

v.                                                       CASE NO: 8:11-cv-2051-T-26TBM

ANDERSON BATTERY, INC., and
ROBERT R. ANDERSON,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 9) is denied. The only basis for the motion is that this Court has the authority to dismiss claims subject to arbitration. Under Eleventh Circuit precedent, however, claims subject to arbitration should not be dismissed; instead, the Court should stay the proceedings pending arbitration. See Bender v. A.G. Edwards & Sons, Inc., 971 F.2d 698, 699 (11th Cir. 1992) (holding that district court erred in dismissing claims subject to arbitration rather than staying them).

The Alternative Motion to Stay Pending Arbitration (Dkt. 9) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Counsel for

the parties are directed to confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion without this Court's intervention.

**DONE AND ORDERED** at Tampa, Florida, on October 11, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record