UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY HAYMON,

    Plaintiff,

v.   CASE NO: 8:11-cv-2051-T-26TBM

ANDERSON BATTERY, INC., and
ROBERT R. ANDERSON,

    Defendants.
_____/

**O R D E R**

Upon due consideration of Defendants' submissions, it is ordered and adjudged that Defendants' Unopposed Substituted Motion to Stay Proceedings and Compel Arbitration (Dkt. 14) is granted. All proceedings in this case are stayed. The parties are directed to engage in binding arbitration pursuant to the terms and provisions of their agreement to arbitrate as reflected in Exhibits A and B attached to the motion. The Clerk is directed to administratively close this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on October 19, 2011.

        s/*Richard A. Lazzara*
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record